AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   13-CR-40029-TSH |
| DANIELLE PAZI | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America                    .

Date:   12/20/2013

/s/ Sean R. Delaney
*Attorney's signature*

Sean R. Delaney NY #466287
*Printed name and bar number*

U.S. Attorney's Office
U.S. Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
*Address*

Sean.Delaney2@usdoj.gov
*E-mail address*

(617) 748-3100
*Telephone number*

(617) 748-3960
*FAX number*