UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                    CRIMINAL CASE NO. 4:13-CR-40029-001 _____

DANIELLE PAZI
_____
                Defendant

## APPOINTMENT OF FEDERAL DEFENDER

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is hereby ORDERED that the Federal Defender Office for the District of Massachusetts be appointed, effective as of 12/19/13 to represent said defendant in this cause until further order of the Court.

ROBERT M. FARRELL
Clerk of Court

Date: 12/23/13                    By: /s/ Barbara G. Leboff
                                      Deputy Clerk