# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | DOCKET NO. 13 CR 40029 TSH |
| ) | |
| DANIELLE PAZI ) | |
| ) | |

## ASSENTED TO MOTION TO CONTINUE RULE 11 HEARING

Now comes the defendant, Danielle Pazi, and respectfully requests that the Rule 11 hearing scheduled for January 28, 2014, be continued to a date in late February, 2014.  As reasons therefor, counsel states that she needs additional time to consult with her client regarding the plea agreement and the consequences of her plea.  The defendant agrees to exclude the period of time from January 28, 2014 to the date of the Rule 11 hearing for purposes of the Speedy Trial Act because the ends of justice served by the granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(7)(A).  The government, through Assistant United States Attorney Scott Garland, assents to this motion.

DANIELLE PAZI,
By her attorney,

/s/ Jane F. Peachy
**Jane F. Peachy, BBO #661394**
**Federal Defender Office**
**51 Sleeper Street, 5th Floor**
**Boston, MA  02210**
**Tel: 617-223-8061**

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 23, 2014.

/s/ Jane F. Peachy
**Jane F. Peachy**