## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) | Criminal No. 13-40029-TSH |
| **DANIELLE PAZI,**<br>            **Defendant.** | ) ) ) ) | |

### ORDER ON EXCLUDABLE TIME
February 24, 2014

HILLMAN, D.J.

      I hereby ORDER the exclusion of time pursuant to the below referenced provisions of the Speedy Trial Act from January 29, 2014 through and including March 20, 2014 (the date of Defendant's change of plea hearing or status conference).

      The Defendant has requested that the scheduled hearing be continued until March 20, 2014 to give defense counsel additional time to discuss the consequences of a possible plea with the Defendant and to negotiate additional changes to a proposed agreement. The Government has assented to the continuance and the Defendant has requested that the time be excluded.

      Under the circumstances, I find that the parties need additional time to prepare and finalize their respective positions concerning a probable change of plea. Accordingly, I exclude this time pursuant to the provisions of 18 U.S.C. §3161(h)(7)(A) because I find that the ends of justice outweigh the interests of the Defendant and the public in a speedy trial. I further find that to not grant such a continuance would deny the Defendant and the Government the reasonable time necessary for effective preparation of their respective cases. *See* 18 U.S.C. §3161(h)(7)(B)(iv)(failure to grant continuance would deny counsel reasonable time necessary for effective preparation).

                                                      **/s/ Timothy S. Hillman**
                                                      TIMOTHY S. HILLMAN
                                                      UNITED STATES DISTRICT JUDGE