## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | DOCKET NO. 13 CR 40029 TSH |
| | ) | |
| DANIELLE PAZI | ) | |

### ASSENTED TO MOTION TO MODIFY CONDITIONS OF RELEASE TO ALLOW TRAVEL

Now come the defendant, Danielle Pazi, and requests that her conditions of pretrial release be modified to allow her to travel to New York to visit her brother from April 4, 2014 through April 6, 2014. Ms. Pazi has provided the details of her trip to Pretrial Services Officer Kelly Foster, and to Assistant United States Attorney Scott Garland. Both Ms. Foster and AUSA Garland assent to this motion.

DANIELLE PAZI,
By her attorney,

*/s/ Jane F. Peachy*
**Jane F. Peachy, BBO #661394**
**Federal Defender Office**
**51 Sleeper Street, 5th Floor**
**Boston, MA  02210**
**Tel: 617-223-8061**

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 28, 2014.

*/s/ Jane F. Peachy*
**Jane F. Peachy**