Waiver of Indictment

*Filed in open Court 3-21-2014*

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 4:13-cr-40029-TSH |
| ) | |
| DANIELLE PAZI ) | |

## WAIVER OF INDICTMENT

I, **DANIELLE PAZI**, the above-named defendant, who is accused of converting public money and aiding and abetting in violation of 18 U.S.C. §§ 641 and 2, being advised of the nature of the charges, the proposed Superseding Information, and my rights, hereby waive in open court on March 21, 2014, prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Counsel for the Defendant

Before: _____
Timothy S. Hillman
U.S. District Court Judge