UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | DOCKET NO. 13-CR-40029-TSH |
| ) | |
| DANIELLE PAZI ) | |

## MOTION TO FILE DEFENDANT'S
## MOTION TO CONTINUE SENTENCING HEARING UNDER SEAL

Defendant, Danielle Pazi, through counsel, respectfully moves this Honorable Court for leave to file the attached Motion to Continue Sentencing Hearing under seal.

As grounds for this motion, the defendant states that the motion contains sensitive information that should not be part of the public record.

DANIELLE PAZI,
By her Attorney,

*/s/ Jane F. Peachy*
Jane F. Peachy, BBO#661394
Assistant Federal Public Defender
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
Tel: 617-223-8061

## CERTIFICATE OF SERVICE

I, Jane Peachy, do hereby certify that this Motion to File Under Seal was sent via first class mail to the Clerk's Office, together with the Defendant's Motion to Continue Sentencing Hearing, and a copy of same was delivered to Assistant U.S. Attorney Scott Garland on May 1, 2014.

*/s/Jane F. Peachy*
**Jane F. Peachy**