UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**DANIELLE PAZI,**<br>**Defendant** | Crim. No. 13-CR-40029-TSH |

## ASSENTED-TO MOTION TO UNSEAL
## THE INFORMATION AND PLEA AGREEMENT

The United States moves to unseal the information and plea agreement in this case, because the reasons for keeping those documents sealed no longer apply. Defendant's attorney has informed the United States that she assents to this motion.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

*/s/ Scott L. Garland*
Scott L. Garland
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document is being filed through the ECF system and therefore will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Scott L. Garland*
Scott L. Garland
Assistant United States Attorney

Date: October 20, 2014

1